ROCKWELL, KELLY, DUARTE & URSTOEGER, LLP
By: Markus R. Urstoeger
State Bar No. 194380
P.O. Box 0142
Modesto, CA 95353
Phone (209) 521-2552
Fax: (209) 526-7898

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA MCLAUGHLIN, | Case No.: 1:18-cv-00967-SKO |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND TIME |
| vs. | (Doc. 9) |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant | |

IT IS HEREBY STIPULATED by and between the parties, subject to the approval of the Court, to an extension of 40 days, to February 4, 2019, for plaintiff to serve plaintiff's confidential letter brief.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

///

///

///

///

-1-

Plaintiff's attorney has a heavy trial workload and needs additional time to review the file and prepare the letter brief. Plaintiff's attorney is requesting a 40 day extension as he will be attending a California Applicants Attorneys Association convention from January 23 to January 28, 2019.

Per Defendant's counsel email on December 14, 2018, defendant has no objection to this request.

Dated: December 17, 2018          Respectfully submitted,

By: */s/ Markus R. Urstoeger*
MARKUS R. URSTOEGER
Attorney for Plaintiff

Dated: December 17, 2018          MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: */s/ Donna W. Anderson*
(As authorized via email)
DONNA W. ANDERSON
Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**

Based on the parties' above-stipulation (Doc. 9), and for good cause under Fed. R. Civ. P. 16(b)(4) shown, IT IS HEREBY ORDERED that Plaintiff is granted an extension of time, up to and including February 4, 2019, to file her Confidential Letter Brief.

All other deadlines set forth in the Scheduling Order (Doc. 3) are modified accordingly.

IT IS SO ORDERED.

Dated:  **December 19, 2018**          /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE