ROCKWELL, KELLY, DUARTE & URSTOEGER, LLP
By: Markus R. Urstoeger
State Bar No. 194380
P.O. Box 0142
Modesto, CA 95353
Phone (209) 521-2552
Fax: (209) 526-7898

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| BARBARA MCLAUGHLIN, | ) Case No.: 1:18-cv-00967-SKO |
|---|---|
| Plaintiff, | ) JOINT STIPULATION FOR EXTENSION OF TIME AND ORDER |
| vs. | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) (Doc. 12) |
| Defendant | ) |

IT IS HEREBY STIPULATED by and between the parties, subject to the approval of the Court, that the time for plaintiff to serve plaintiff's confidential letter brief be extended from February 4, 2019 to February 19, 2019.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

///

///

///

///

This is plaintiff's attorney's second request for an extension. Plaintiff's attorney recently returned from a convention and has a heavy caseload and trial calendar. Plaintiff's attorney needs additional time to adequately review the transcript and prepare the letter brief.

Per Defendant's counsel's email on February 4, 2019, defendant has no objection to this request.

Dated: February 4, 2019          Respectfully submitted,

By: */s/ Markus R. Urstoeger*
MARKUS R. URSTOEGER
Attorney for Plaintiff

Dated: February 4, 2019          MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: */s/ Donna W. Anderson*
(As authorized via email)
DONNA W. ANDERSON
Special Assistant United States Attorney
Attorneys for Defendant

## **ORDER**

The Court is in receipt of the parties' above "Joint Stipulation for Extension of Time" requesting an extension of time until February 19, 2019, for Plaintiff to serve her confidential letter brief. (Doc. 12). This is Plaintiff's second request for an extension of time and pursuant to the Court's order entered December 20, 2018 (Doc. 11), Plaintiff's confidential letter brief was due to be served on February 4, 2019, the same day on which the parties filed the present request for extension.

Requests for extension are governed by Rule 144 of the Local Rules of the United States District Court, Eastern District of California ("Local Rules"). Local Rule 144(d) explains that "[r]equests for Court-approved extensions brought on the required filing date for the pleading or other document are looked upon with disfavor." Given Plaintiff's counsel's representations

regarding his caseload, and the fact that Defendant consents to the request, the Court GRANTS the parties' request for an extension. **However, the parties are admonished that any future requests for extension of time shall be brought in advance of the required filing date and be supported by good cause under Fed. R. Civ. P. 16(b)(4).**

IT IS HEREBY ORDERED that Plaintiff shall serve her confidential letter brief **on or before February 19, 2019**. All other deadlines set forth in the Scheduling Order (Doc. 3) are modified accordingly.

IT IS SO ORDERED.

Dated: __**February 4, 2019**__  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE