McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, PSBN 46355
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 977-8930
    Facsimile: (415) 744-0134
    E-mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| BARBARA McLAUGHLIN, | Case No. 1:18-cv-00967 SKO |
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR AN EXTENSION |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | (Doc. 17) |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Opening Brief be extended until June 3, 2019. This is Defendant's first request for an extension of time. Defense counsel requires additional time to consider the certified administrative record, Plaintiff's Brief, and the government's position.

1

Defense counsel needs additional time to recover from work accumulated during her extended medical leave. Plaintiff's counsel does not object and agrees that all subsequent deadlines should be accordingly extended.

Respectfully submitted,

Date: May 2, 2019         By: */s/ Markus R. Urstoeger*\*
                              MARKUS R. URSTOEGER
                              Attorney for Plaintiff
                              (*By e-mail authorization on 05/02/19)

Dated: May 2, 2019        McGREGOR W. SCOTT
                          United States Attorney
                          DEBORAH LEE STACHEL
                          Regional Chief Counsel, Region IX
                          Social Security Administration

                            */s/ Donna W. Anderson*
                          DONNA W. ANDERSON
                          Special Assistant United States Attorney
                          Attorneys for Defendant

**ORDER**

Pursuant to the parties' above "Stipulation for an Extension" (Doc. 17), IT IS HEREBY ORDERED that Defendant shall have until June 3, 2019, to file her response to Plaintiff's Opening Brief. All other dates in the Scheduling Order (Doc. 3) shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **May 3, 2019**                    /s/ *Sheila K. Oberto*
                                           UNITED STATES MAGISTRATE JUDGE